25cv64IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No. 25-cv-6491<br><br>Judge Franklin U. Valderrama<br><br>Magistrate Judge M. David Weisman |

## ORDER

THIS CAUSE coming before the Court on Plaintiff MILWAUKEE ELECTRIC TOOL CORPORATION's ("Plaintiff") *Ex Parte* Motion for Expedited Discovery (the "Motion") [14] against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, the "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Online Marketplaces"), and this Court having considered the Motions and the accompanying record, GRANTS Plaintiff's Motion as follows.

This Court finds that, in the absence of adversarial presentation, it has personal jurisdiction over Defendants since each Defendant directly targets its business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating at least one e-

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

commerce store that targets United States consumers using one or more seller aliases, offers shipping to the United States, including Illinois, accepts payment in U.S. dollars and/or funds from U.S. bank accounts, and has sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "MILWAUKEE Trademarks") to residents of Illinois. Accordingly, this Court orders that:

1. Plaintiff is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

   a. the identity and location of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with it, including all known contact information and all associated e-mail addresses;

   b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with their Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their Online Marketplaces; and

   c. any financial accounts owned or controlled by Defendanst, including its officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with it, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Alibaba, Aliexpress, Alipay, Amazon, Temu or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

2. Upon Plaintiff's request, any third party with actual notice of this Order via electronic or other means who is providing services for the Defendants, or in connection with Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Alibaba, Aliexpress, Alipay, Amazon and Temu (the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their Online Marketplaces; and

    c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Alibaba, Aliexpress, Alipay, Amazon, Temu, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

Date: 6/24/2025

        ENTERED:

        _M. David Weisman_
        M. David Weisman
        United States Chief Magistrate Judge

# Schedule A

| No. | Defendant Name / Alias |
|---|---|
| 1 | chenhousehold goods |
| 2 | CORRBPEN |
| 3 | Dioepics |
| 4 | FFOGG |
| 5 | hagan panting |
| 6 | KShengu |
| 7 | Laipuduo |
| 8 | LMWL-US |
| 9 | Lp Direct |
| 10 | Meroukou |
| 11 | Moonnai |
| 12 | moutainsmart |
| 13 | NEWHANG |
| 14 | Same Sea |
| 15 | Sandwichl |
| 16 | shenzhenshizhengyiyuankejiyouxiangongsi |
| 17 | The sex |
| 18 | TXAGYAZ |
| 19 | Tyh Shop |
| 20 | YURE Stors |
| 21 | Best Power Tools Store |
| 22 | GJK Global TOOL Store |
| 23 | Milwaukee Advanced Tools Store |
| 24 | Multi-functional Tool Store |
| 25 | Shop1103707234 Store |
| 26 | Shop1104306083 Store |
| 27 | Xingyi Technology Tool Store Store |
| 28 | Chongqing Yishen Tools Co., Ltd. |
| 29 | Dongguan Dashing Packing Products Co., Ltd. |
| 30 | Dongguan Mingyiyuan Electronics Co., Ltd. |
| 31 | Dongguan Puji Electronics Co., Ltd. |
| 32 | Hebei Tuanyue Imp & Exp Co., Ltd. |
| 33 | Hubei Xinjitong Technology Co., Ltd. |
| 34 | Maoming Hengqiangsheng E-Commerce Co., Ltd. |
| 35 | Ningbo Rising Trading Co., Ltd. |
| 36 | Quanzhou Xinyu International Trade Co., Ltd. |
| 37 | Rich Haoyuan (Huizhou) Energy Technology Co., Ltd. |
| 38 | Shenzhen Apollo International Electronics Co., Ltd. |
| 39 | Shenzhen Bak Technology Co., Ltd. |

| 40 | Shenzhen Benrong Electric Technology Co., Ltd. |
|----|---|
| 41 | Shenzhen HNT Technology Co., Ltd. |
| 42 | Shenzhen Huaxin Chuanglian Technology Co., Ltd. |
| 43 | Shenzhen Huayue New Energy Technology Co., Ltd. |
| 44 | Shenzhen Hysincere Battery Co., Ltd. |
| 45 | Shenzhen Jiashida Hardware Manufacturing Co., Ltd. |
| 46 | Shenzhen Xinruihang Technology Co., Ltd. |
| 47 | Shenzhen Xuhongchuang Technology Co., Ltd. |
| 48 | Tangshan Lannuo Commerce And Trading Co., Ltd. |
| 49 | Xiangshan Zheyu Clothing Co., Ltd. |
| 50 | Zhejiang Topwire Trading Co., Ltd. |
| 51 | Zhengzhou Guanruo Intelligent Technology Co., Ltd. |
| 52 | ALUKMJGFD |
| 53 | Anxingda |
| 54 | ApparelShop |
| 55 | ATcuji Direct |
| 56 | Aure Fashion |
| 57 | B B D |
| 58 | Beyond Baterry |
| 59 | BigSmart Fashion |
| 60 | Bill Top Battery |
| 61 | BKBY |
| 62 | Blockbuster Clongthing |
| 63 | Burn my world |
| 64 | C J L |
| 65 | CENXIZI |
| 66 | Charge Supplies |
| 67 | ChicPursuit |
| 68 | CLVIEMNDMND |
| 69 | DAKUI Battery Shop |
| 70 | Davis Tool |
| 71 | DEWENTECH |
| 72 | Di Ying Qiang Chang |
| 73 | DQWERJJHA |
| 74 | Fashion aluminum panels |
| 75 | Fashion boy T |
| 76 | Fashion Icons |
| 77 | First Top Battery |
| 78 | Friend Fancy closet |
| 79 | Galvin Decoration |
| 80 | Glamour Femme |
| 81 | GoGo Top Battery |
| 82 | GoGoGo Battery |
| 83 | Hats Customized Shop local |

| 84 | High Quality Battery Accessories |
|---|---|
| 85 | Hip hop brand |
| 86 | HK Top Battery |
| 87 | hvuyuhh |
| 88 | JUNGUIKONG |
| 89 | Keduoyang |
| 90 | kingsales |
| 91 | kingspower |
| 92 | Knight Studio |
| 93 | Konglongnanzhuang |
| 94 | L Size |
| 95 | LianOu Trend mens wear |
| 96 | LoomCraft |
| 97 | Macho Mode |
| 98 | majcl |
| 99 | Men Mode |
| 100 | Michael D |
| 101 | MiuMM |
| 102 | Mod Men |
| 103 | MU FENG electric tool |
| 104 | NANENGNIAN |
| 105 | NaturaCore |
| 106 | Nova Chic |
| 107 | NPTop Battery |
| 108 | Patriot Co |
| 109 | PISTACHIOO |
| 110 | pli Trading Company |
| 111 | Power boozter |
| 112 | Powering Major |
| 113 | Professional Lithium Batteriey |
| 114 | QIMI DF |
| 115 | RANKPOWERTECHS |
| 116 | SEPETA Y |
| 117 | Shellbird shop |
| 118 | shigaogao |
| 119 | Siminlou |
| 120 | soei |
| 121 | SpringL |
| 122 | Standout Tshirts |
| 123 | Starting point more |
| 124 | StreetFusion |
| 125 | StyleStrides |
| 126 | Super Battery |
| 127 | Tiger tool |

| | |
|---|---|
| 128 | Top batteries |
| 129 | Top Battery Factory Shop |
| 130 | Trend hat Custom Shopper local |
| 131 | TrendVille |
| 132 | TrendyBay studio |
| 133 | ttunjinshou |
| 134 | TX SHOP A |
| 135 | Urban mantle |
| 136 | vanng |
| 137 | VIO VGUE |
| 138 | Volvmakze |
| 139 | Whisper Bear |
| 140 | Wibbins |
| 141 | WSDCSZZ |
| 142 | WSPAD |
| 143 | WTY QPL |
| 144 | XHFUSHI |
| 145 | XWW z |
| 146 | YHD Technology |
| 147 | Your Tees |
| 148 | Yousselin Boutique |
| 149 | ZEHUS |
| 150 | Zhao Fashion Circle |
| 151 | zhaozhanyu |
| 152 | Zhong Ya Mei |
| 153 | zhuhuhc |
| 154 | ZLPRXCC |

| No | Defendants Online Marketplace |
|---|---|
| 1 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2CP7EKN1M5FPF&asin=B0F2J8482N&ref_=dp_merchant_link |
| 2 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2XKTZ9SLTD2XM&asin=B0D8BCZHG8&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 3 | https://www.amazon.com/sp?ie=UTF8&seller=A3TBHKA3XYKEE7&asin=B0DKBWFCDZ&ref_=dp_merchant_link&isAmazonFullled=1%203 |
| 4 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3UD4S9IBE9VZ0&asin=B0CFVH2649&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 5 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A9V69COT9Z2DU&asin=B0CPLZYYKP&ref_=dp_merchant_link |

8

| | |
|---|---|
| 6 | https://www.amazon.com/sp?ie=UTF8&seller=A3RQELHNYYX1VK&asin=B08SW7QN2X&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 7 | https://www.amazon.com/sp?ie=UTF8&seller=A9C5G0CWS7BNO&asin=B0BRTTKZQ7&ref_=dp_merchant_link |
| 8 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1FFNISVNLI4GZ&asin=B0CG9CJSJ5&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 9 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2AUZ69DFUQ1CX&asin=B0DXTHSTJ4&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 10 | https://www.amazon.com/sp?ie=UTF8&seller=A3CYRCKPUUYU00&asin=B0D1KJYR3X&ref_=dp_merchant_link |
| 11 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A25M0C9PE2FTWT&asin=B0DB8C18QH&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 12 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AWR3TY3LWBIW9&asin=B0DQDBQ4K5&ref_=dp_merchant_link |
| 13 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A32NXX7JWKTQZB&asin=B0DL6CPHWZ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 14 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A107V4XRDG8YFI&asin=B0CJBCRJQQ&ref_=dp_merchant_link |
| 15 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A36571N0UI88II&asin=B0DRP8HDW6&ref_=dp_merchant_link |
| 16 | https://www.amazon.com/sp?ie=UTF8&seller=A9CMCB6J3J9IL&asin=B0D2ZH58Q2&ref_=dp_merchant_link&isAmazonFullled=1%203 |
| 17 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ALNIS0DBPAOZU&asin=B0CN33LX3S&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 18 | https://www.amazon.com/sp?ie=UTF8&seller=A1312QEVOCQK06&asin=B0CPVDHQ5P&ref_=dp_merchant_link |
| 19 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2PED693DCZMRE&asin=B0DRVR7JF9&ref_=dp_merchant_link |
| 20 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2HYJEQZO6EILO&asin=B0D9HPJFG3&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 21 | https://www.aliexpress.com/store/1104065281 |
| 22 | https://www.aliexpress.com/store/1102208427 |
| 23 | https://www.aliexpress.com/store/1103837026 |
| 24 | https://www.aliexpress.com/store/1103999459 |
| 25 | https://www.aliexpress.com/store/1103718241 |

| | |
|---|---|
| 26 | https://www.aliexpress.com/store/1104304090 |
| 27 | https://www.aliexpress.com/store/1103030129 |
| 28 | https://yishentools.en.alibaba.com |
| 29 | https://unitpack.en.alibaba.com/index.html?from=detail&productId=1601265822990 |
| 30 | https://myiya.en.alibaba.com |
| 31 | https://pujimax.en.alibaba.com/index.html?from=detail&productId=1601293085978 |
| 32 | https://tuanyue.en.alibaba.com/index.html?from=detail&productId=1600565329267 |
| 33 | https://cn1566151953cmks.en.alibaba.com/index.html?from=detail&productId=1601022087348 |
| 34 | https://dghqs.en.alibaba.com/index.html?from=detail&productId=1601167674033 |
| 35 | https://ristrade.en.alibaba.com/index.html?from=detail&productId=1601383545016 |
| 36 | https://xinyugj.en.alibaba.com |
| 37 | https://cn1567534855damd.en.alibaba.com |
| 38 | https://apollo-batteries.en.alibaba.com |
| 39 | https://bakth.en.alibaba.com/index.html |
| 40 | https://brfactory.en.alibaba.com/index.html |
| 41 | https://hnttech.en.alibaba.com/index.html?from=detail&productId=1601014597808 |
| 42 | https://wisechoice.en.alibaba.com |
| 43 | https://huayuebattery.en.alibaba.com |
| 44 | https://hysincere.en.alibaba.com/index.html?from=detail&productId=1601420309687 |
| 45 | https://szjiashida.en.alibaba.com/index.html?from=detail&productId=1601228808933 |
| 46 | https://addbapower.en.alibaba.com/index.html?from=detail&productId=1601377983270 |
| 47 | https://avebattery.en.alibaba.com/index.html?spm=a2700.details.0.0.6b996351yGxSJu&from=detail&productId=1601396927269 |
| 48 | https://lannuocaps.en.alibaba.com/index.html |
| 49 | https://zheyuclothing.en.alibaba.com/index.html?from=detail&productId=1601030776630 |
| 50 | https://topwire.en.alibaba.com/index.html |
| 51 | https://ruoguan.en.alibaba.com/index.html?from=detail&productId=1601415374000 |
| 52 | https://www.temu.com/alukmjgfd-m-634418220531250.html |
| 53 | https://www.temu.com/anxingda-m-634418218817133.html |
| 54 | https://www.temu.com/apparelshop-m-634418222373902.html |
| 55 | https://www.temu.com/-direct-m-634418219309922.html |
| 56 | https://www.temu.com/-fashion-m-634418214444777.html |
| 57 | https://www.temu.com/b-b-d-m-634418220819915.html |
| 58 | https://www.temu.com/beyond-baterry-m-634418217395031.html |
| 59 | https://www.temu.com/-fashion-m-634418221920152.html |
| 60 | https://www.temu.com/bill-top-battery-m-634418216427122.html |
| 61 | https://www.temu.com/-m-634418219335224.html |
| 62 | https://www.temu.com/-clongthing-m-634418220892895.html |
| 63 | https://www.temu.com/burn--m-634418220459129.html |
| 64 | https://www.temu.com/-m-634418220819384.html |

| | |
|---|---|
| 65 | https://www.temu.com/cenxizi-m-634418221003571.html |
| 66 | https://www.temu.com/charge-supplies-m-634418219192597.html |
| 67 | https://www.temu.com/chicpursuit-m-634418218053285.html |
| 68 | https://www.temu.com/clviefwf-m-634418219277314.html |
| 69 | https://www.temu.com/dakui-battery-shop-m-634418217722951.html |
| 70 | https://www.temu.com/-tool-m-634418216531070.html |
| 71 | https://www.temu.com/dewentech-m-634418217587002.html |
| 72 | https://www.temu.com/di----m-634418222772524.html |
| 73 | https://www.temu.com/dqwercha-m-634418220209248.html |
| 74 | https://www.temu.com/fashion-aluminum-panels-m-634418220135595.html |
| 75 | https://www.temu.com/-t-m-634418219932455.html |
| 76 | https://www.temu.com/fashion-icons-m-634418222133478.html |
| 77 | https://www.temu.com/first-top-battery-m-634418218897685.html |
| 78 | https://www.temu.com/friend-fancy-closet-m-634418218614246.html |
| 79 | https://www.temu.com/-decoration-m-634418215273598.html |
| 80 | https://www.temu.com/washed-tshirt-m-634418218796643.html |
| 81 | https://www.temu.com/gogo-top-battery-m-634418219270835.html |
| 82 | https://www.temu.com/-battery-m-634418219051893.html |
| 83 | https://www.temu.com/hats-customized--m-634418222082803.html |
| 84 | https://www.temu.com/high-quality-battery-accessories-m-634418219078292.html |
| 85 | https://www.temu.com/hip-hop-brand-m-634418219025839.html |
| 86 | https://www.temu.com/hk-top-battery-m-634418219422111.html |
| 87 | https://www.temu.com/hvuyuhh-m-634418222562121.html |
| 88 | https://www.temu.com/junguikong-m-634418220908912.html |
| 89 | https://www.temu.com/keduoyang-m-634418221406734.html |
| 90 | https://www.temu.com/kingsales-m-634418220320745.html |
| 91 | https://www.temu.com/kingspower-m-634418216298297.html |
| 92 | https://www.temu.com/knight-studio-m-634418219456688.html |
| 93 | https://www.temu.com/konglongnanzhuang-m-634418221478396.html |
| 94 | https://www.temu.com/l-size-m-634418219774628.html |
| 95 | https://www.temu.com/--m-634418219611323.html |
| 96 | https://www.temu.com/-m-634418215264532.html |
| 97 | https://www.temu.com/-mode-m-634418217932932.html |
| 98 | https://www.temu.com/-m-634418216305725.html |
| 99 | https://www.temu.com/men-mode-m-634418217932969.html |
| 100 | https://www.temu.com/-m-634418222008972.html |
| 101 | https://www.temu.com/miumm-m-634418220564992.html |
| 102 | https://www.temu.com/mod-men-m-634418217933027.html |
| 103 | https://www.temu.com/mu--electric-tool-m-634418214737578.html |
| 104 | https://www.temu.com/nanengnian-m-634418221366474.html |
| 105 | https://www.temu.com/-m-634418217323034.html |
| 106 | https://www.temu.com/-m-4926698458381.html |
| 107 | https://www.temu.com/nptop-battery-m-634418221176096.html |
| 108 | https://www.temu.com/-co-m-634418218813609.html |

| | |
|---|---|
| 109 | https://www.temu.com/-m-634418211758705.html |
| 110 | https://www.temu.com/pli--m-634418221835597.html |
| 111 | https://www.temu.com/power--m-634418218797028.html |
| 112 | https://www.temu.com/-major-m-634418220040982.html |
| 113 | https://www.temu.com/professional-lithium-batteriey-m-634418222491047.html |
| 114 | https://www.temu.com/-df-m-634418218886663.html |
| 115 | https://www.temu.com/rankpowertechs-m-634418219197370.html |
| 116 | https://www.temu.com/-y-m-634418219460725.html |
| 117 | https://www.temu.com/shellbird-shop-m-634418216949859.html |
| 118 | https://www.temu.com/shigaogao-m-634418216076201.html |
| 119 | https://www.temu.com/siminlou-m-634418221407750.html |
| 120 | https://www.temu.com/-m-634418219572219.html |
| 121 | https://www.temu.com/springl-m-634418222595017.html |
| 122 | https://www.temu.com/-tshirts-m-634418220008717.html |
| 123 | https://www.temu.com/-more-m-634418219820519.html |
| 124 | https://www.temu.com/streetfusion-m-634418218516204.html |
| 125 | https://www.temu.com/stylestrides-m-634418218437005.html |
| 126 | https://www.temu.com/super-battery-m-634418216532729.html |
| 127 | https://www.temu.com/-m-634418219090569.html |
| 128 | https://www.temu.com/top-batteries-m-634418213685674.html |
| 129 | https://www.temu.com/top--shop-m-634418218936145.html |
| 130 | https://www.temu.com/trend-hat-custom-shopper-local-m-634418222076819.html |
| 131 | https://www.temu.com/trendville-m-634418218851179.html |
| 132 | https://www.temu.com/-studio-m-634418216942466.html |
| 133 | https://www.temu.com/ttunjinshou-m-634418218214525.html |
| 134 | https://www.temu.com/tx-shop-a-m-634418218397124.html |
| 135 | https://www.temu.com/urban-mantle-m-634418220200670.html |
| 136 | https://www.temu.com/vanng-m-634418216103830.html |
| 137 | https://www.temu.com/vio--m-634418214336448.htm |
| 138 | https://www.temu.com/volvmakze-m-634418218451608.html |
| 139 | https://www.temu.com/whisper-bear-m-634418219135038.html |
| 140 | https://www.temu.com/wibbins-m-634418212196967.html |
| 141 | https://www.temu.com/wsdcszz-m-634418220063566.html |
| 142 | https://www.temu.com/wspad-m-634418221203163.html |
| 143 | https://www.temu.com/wty-qpl-m-634418215195954.html |
| 144 | https://www.temu.com/xhfushi-m-634418220638679.html |
| 145 | https://www.temu.com/xww-z-m-634418222416998.html |
| 146 | https://www.temu.com/yhd-technology-m-634418218509579.html |
| 147 | https://www.temu.com/your-tees-m-634418220882955.html |
| 148 | https://www.temu.com/yousselin-boutique-m-634418221426340.html |
| 149 | https://www.temu.com/-m-634418219897075.html |
| 150 | https://www.temu.com/--m-634418216103540.html |
| 151 | https://www.temu.com/zhaozhanyu-m-634418222590814.html |
| 152 | https://www.temu.com/--m-634418216597070.html |

| | |
|---|---|
| 153 | https://www.temu.com/zhuhuhc-m-634418222551590.html |
| 154 | https://www.temu.com/zlprxcc-m-634418221833334.html |